# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 1, 2007*

[Cite as *06/01/2007 Case Announcements,* 2007-Ohio-2647.]

## MOTION AND PROCEDURAL RULINGS

**2007–0096.   State ex rel. Burns Internatl. v. Smith.**
Franklin App. No. 05AP–488, 2006-Ohio-6731. On January 25, 2007, the court placed this case on its mediation docket. It is ordered by the court, sua sponte, that the parties show cause within ten days of the date of this entry why this case should not be returned to the court's regular docket.

**2007–0781.   Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission No. 05–1444–GA–UNC. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion of Vectren Energy Delivery of Ohio for leave to intervene as appellee,
   It is ordered by the court that the motion is granted.

## MEDIATION REFERRALS

   The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–0076.   IBM Corp. v. Franklin Cty. Bd. of Revision.**
Franklin App. No. 06AP–108, 2006-Ohio-6258.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 4, 2007*

[Cite as *06/04/2007 Case Announcements,* 2007-Ohio-2672.]

## MEDIATION REFERRALS

   The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–0642.   State ex rel. Sears Roebuck Co. v. Indus. Comm.**
Franklin App. No. 05AP–1135, 2007-Ohio-838.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 5, 2007*

[Cite as *06/05/2007 Case Announcements,* 2007-Ohio-2710.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572.   State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found appellant Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that appellant was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On May 30, 2007, Howard filed a motion for leave to file the attached memorandum in support of